No. 181. GERTRUDE MINNIE JONES *v.* MAX HILT-SCHER. Error to the Supreme Court of the State of New Mexico. Argued January 23, 1920. Decided January 26, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. W. Martin Jones, Jr.,* with whom *Mr. Harry P. Owen* was on the brief, for plaintiff in error. *Mr. Edward D. Tittmann* and *Mr. Charles T. Tittmann,* for defendant in error, submitted.

No. 189. BALTIMORE & OHIO RAILROAD COMPANY *v* JOHN S. COFFLAND. Error to the Court of Appeals, Harrison County, Seventh Appellate District, of the State of Ohio. Submitted January 23, 1920. Decided January 26, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Schlosser* v. *Hemphill,* 198 U. S. 173, 175; *Louisiana Nav. Co.* v. *Oyster Commission of Louisiana,* 226 U. S. 99, 101; *Grays Harbor Co.* v. *Coats-Fordney Co.,* 243 U. S. 251, 255; *Bruce* v. *Tobin,* 245 U. S. 18, 19. (2) Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. D. A. Hollingsworth* for plaintiff in error. *Mr. Ernest Sidney McNamee* for defendant in error.